# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| YATRA ONLINE, INC., | § | |
| | § | No.    294, 2021 |
|     Plaintiff Below, | § | |
|     Appellant, | § | |
| | § | Court Below: Court of Chancery |
|     v. | § | of the State of Delaware |
| | § | |
| EBIX, INC., EBIXCASH TRAVELS, | § | Case No.    2020-0444 |
| INC., REGIONS BANK, BMO | § | |
| HARRIS BANK, N.A., BBVA USA, | § | |
| FIFTH THIRD BANK, NATIONAL | § | |
| ASSOCIATION, KEYBANK | § | |
| NATIONAL ASSOCIATION, | § | |
| SILICON VALLEY BANK, | § | |
| CADENCE BANK, N.A., and | § | |
| TRUSTMARK NATIONAL BANK, | § | |
| | § | |
|     Defendants Below, | § | |
|     Appellees. | § | |

Submitted:   March 23, 2022
Decided:    April 11, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en banc*.

## O R D E R

This 11th day of April 2022, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its memorandum opinion dated August 30, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the

Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:


/s/   James T. Vaughn, Jr.
 Justice